UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>                 Plaintiff,          )<br>                                    )<br>     v.                             )<br>                                    )<br>MELISSA CATHERINE REBELO,           )<br>                                    )<br>                 Defendant.         )<br>_____ ) | Case No. 11CR0385-BEN<br><br>JUDGMENT AND ORDER OF<br>DISMISSAL OF INFORMATION,<br>EXONERATE THE BOND, AND<br>PASSPORT BE RELEASED<br>BY PRETRIAL IF HELD |

Upon oral motion of the UNITED STATES OF AMERICA on January 25, 2012, and good cause appearing,

IT IS HEREBY ORDERED that the information in the above entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: **6/4/2012**           .

_[signature]_
HONORABLE BARBARA LYNN MAJOR
United States Magistrate Judge